**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
WESLEY THOMAS SUMPTER, ESTATE,

Plaintiff,

-against-                                                           25 **CIVIL** 1480 (KMW)

**JUDGMENT**

PORT JERVIS AUTO MALL, INC.; SALES
MANAGER BILL HENDERSON; FINANCE
MANAGER LARRY KAMARA; GENERAL
MANAGER CHRS BAUMGARDNER,

Defendants.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated July 2, 2025, the Court has dismissed Plaintiff's complaint, filed

IFP under 28 U.S.C. § 1915(a)(1), for lack of subject matter jurisdiction. *See* Fed. R. Civ. P.

12(h)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**Dated:**  New York, New York

January 28, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**              *K. mango*

_____
**Deputy Clerk**